ferred to the Court, granted pending the filing and disposition of the petition for writ of certiorari. Should the petition for writ of certiorari be denied, this stay shall terminate automatically. In the event the petition for writ of certiorari is granted, the stay shall terminate upon the sending down of the judgment of this Court.

FEBRUARY 9, 2004

No. 03A687. WOODFORD, WARDEN v. COOPER. Application to vacate stay of execution of sentence of death entered by the United States Court of Appeals for the Ninth Circuit on February 9, 2004, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied.

No. 03–8513 (03A630). COOPER v. CALIFORNIA. Sup. Ct. Cal. Application for stay of execution of sentence of death, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

No. 03–8773 (03A673). COOPER v. CALIFORNIA. Sup. Ct. Cal. Application for stay of execution of sentence of death, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied. Certiorari denied.

FEBRUARY 11, 2004

No. 03–7735 (03A662). LAGRONE v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

FEBRUARY 12, 2004

No. 03A698. HOPKINS v. TEXAS. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied.